UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

KEYS PHASE ONE, LLC
D/B/A THE GRAND GUESTHOUSE,                           CASE NO.: 4:18-cv-10124

    Plaintiff,

vs.

UNITED SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, UNITED SPECIALTY INSURANCE COMPANY ("United Specialty"), by and through undersigned counsel with full reservation of rights including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merit of this action, hereby file with this Court, pursuant to 28 U.S.C §1441 and §1446, a Notice of Removal to the Court of a civil action filed in the Circuit Court of the Sixteenth Judicial Circuit in and for Monroe County, Florida as Case No: 18-CA-814-K in which United Specialty has been named as Defendant and states as follows:

1. Plaintiff, Keys Phase One d/b/a The Grand Guesthouse ("Keys Phase One"), has filed an action in the Circuit Court in the Sixteenth Judicial Circuit in and for Monroe County, Florida naming United Specialty as Defendant.

2. A copy of Plaintiff's Complaint, which was served on United Specialty on July 16, 2018, is attached hereto as **Exhibit "A"**.

3. A complete copy of the state court file in Case No: 18-CA-814-K filed in the Circuit Court of the Sixteenth Judicial Circuit in and for Monroe County, Florida is attached pursuant to 28 U.S.C §1446 as **Composite Exhibit "B"**.

4. Plaintiff, Keys Phase One, is incorporated in the State of Florida and has its principal place of business in Monroe County, Florida and for purposes of diversity jurisdiction, Plaintiff is a citizen of the State of Florida as its sole managing member, Michael P. Siok, is a resident of Big Pine Key, Florida. *See* Sunbiz printout as to Keys Phase One, attached as **Exhibit "C;"** *see also Rolling Greens MHP LP v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (the citizenship of a limited liability company is the citizenship of its members for purposes of diversity jurisdiction).

5. Defendant, United Specialty, is now, and all times material, domiciled in Delaware and has its principal place of business in Texas, and therefore it not a citizen of Florida.

8. Plaintiff, Keys Phase One's, Complaint consists solely of a breach of contract claim against United Specialty.

9. Plaintiff's Complaint alleges that it is seeking in excess of $15,000.00, the jurisdictional amount in Florida Circuit Court. Plaintiff, Keys Phase One's, alleged damages for loss of business income for which it seeks coverage and payment under an insurance policy issued by United Specialty exceeds $100,000.00 per correspondence from the Plaintiff dated October 1, 2017, attached as **Exhibit "D"**. Thus, the amount in controversy is in excess of $75,000.00.

CASE NO.:

10. This Court has original jurisdiction of this matter pursuant to 29 U.S.C §1332, as there is complete diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds $75,000. Removal of this matter is therefore proper under 28 U.S.C. §1441.

11. The Defendant, United Specialty, was served with the Complaint on July 16, 2018. Thus, the Notice of Removal is being filed within thirty (30) days of United Specialty being served with a copy of the Plaintiff's Complaint as required by 28 U.S.C §1446(b).

12. Because there is complete diversity of citizenship and the amount of controversy exceeds the jurisdictional amount, this Court has jurisdiction pursuant to 28 U.S.C § 1332.

13. Pursuant to 28 U.S.C §1446(d), a copy of the Petition and Notice of Removal is being properly filed with the Clerk of the Circuit Court for the Sixteenth Judicial Circuit in and for Monroe County, Florida and served on counsel for Plaintiff.

WHEREFORE, the Defendant, United Specialty Insurance Company, submits that this Notice and Petition for Removal be deemed good and sufficient, and that the aforesaid action be removed from the Sixteenth Judicial Circuit in and for Monroe County, Florida to the United States District Court for the Southern District of Florida, Key West Division, for further proceedings.

Dated: August 3, 2018

Respectfully submitted,

**SIMON, REED & SALAZAR, P.A.**

*/s/ Michael Simon*
MICHAEL SIMON
Florida Bar No. 0062790
Two Datran Center - Suite 1209
9130 S. Dadeland Blvd.
Miami, Florida 33156
Tel.: (305) 670-0776
Fax: (305) 670-0731

CASE NO.:

Email: msimon@simonreedlaw.com
NICHOLAS A. REEVES
Florida Bar No. 0093805
Email: nreeves@simonreedlaw.com
*Counsel for United Specialty*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 3rd day of August, 2018.

By: /s/  Michael Simon

## SERVICE LIST

Joe Parrish, Esq.
Morgan & Morgan, P.A.
30338 Overseas Highway, Unit 7
Big Pine Key, Florida 33043
JParrish@forthepeople.com
CHarmon@forthepeople.com

4