# EXHIBIT "A"

IN THE CIRCUIT COURT, IN AND FOR
MONROE COUNTY, FLORIDA

CASE NO.

KEYS PHASE ONE, LLC D/B/A THE GRAND
GUESTHOUSE,

    Plaintiff,

vs.

UNITED SPECIALTY INSURANCE
COMPANY,

    Defendant.

_____/

# COMPLAINT

Plaintiff, KEYS PHASE ONE, LLC D/B/A THE GRAND GUESTHOUSE, by and through undersigned counsel, hereby sues the Defendant, UNITED SPECIALTY INSURANCE COMPANY, a corporation authorized and doing business in the state of Florida, and alleges as follows:

1.    This is an action for damages which exceeds Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of attorney's fees, costs and interest.

2.    Plaintiff, who owns real property and a business located at 1116 Grinnell Street, Key West, Florida 33040 (the "Business") and who, thereupon, maintains a policy of insurance, policy number USA 4145873 (the "Policy"), sustained business interruption damages during the Policy period.

3.    The Policy included the coverages to protect Plaintiff against such business interruption damages, was issued by Defendant, and was in full force and effect as to Plaintiff when Plaintiff sustained the above-referenced damages. A copy of the policy is in the exclusive control of Defendant, and will be produced during discovery.

4.    Plaintiff notified Defendant of the damages, and Defendant assigned a claim number of 33-012088 and a date of loss of September 10, 2017.

5. Plaintiff has complied with all conditions precedent to entitle Plaintiff to recover under the policy.

6. Defendant refused to pay for Plaintiff's damages.

7. Defendant's refusal to pay for Plaintiff's damages –as required by the Policy – is a material breach of contract.

8. Because of Defendant's material breach of the Policy, it has become necessary that Plaintiff retains the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

**WHEREFORE**, Plaintiff demands judgment against Defendant for Plaintiff's losses with interest on any overdue payments, attorney's fees and costs, and demands a trial by jury.

**Dated:** July 4, 2018

Respectfully submitted,

/s/ Joe Parrish Jr.
**Joe Parrish Jr.**
Florida Bar No.: 0088768
**Morgan & Morgan, P.A.**
30338 Overseas Highway, Unit 7
Big Pine Key, Florida 33043
Phone: (305) 433-9724
Fax: (305) 433-9746
Email: JParrish@forthepeople.com (Primary)
CHarmon@forthepeople.com (Secondary)

Attorney for Plaintiff